

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2021

No. 04-21-00324-CV

Jose **CORONA**, as Personal Representative of the Estate of Olivia Corona,
Appellant

v.

**ANDY'S CAR WASH, INC.,**
Appellee

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 20-05-38860-MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

The appellant's brief is due on October 13, 2021. However, the appellant has filed a motion requesting an extension of time to file the appellant's brief. The motion is GRANTED. The appellant's brief is due on or before **November 15, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court